On the agreed facts, I find the cost of production as defined in 19 U. S. C. section 1402 (f), (section 402 (f) of the Tariff Act of 1930), to be the proper basis for the determination of the value of the merchandise involved herein, and that such value was 102 shillings, 6 pence.

Judgment will be rendered accordingly.

AUGUST 14, 1957

**Reap. Dec. 8965.**—
*Samuel Shapiro & Co., Inc., a/c Jenny, Inc., et al.* v. *United States.* Entered at Baltimore, Md. [Not published.] Motion by plaintiffs.

AUGUST 12, 1957

**Reap. Dec. 8966.**—
—*Elliot Import Corp.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.
**Reap. Dec. 8967.**——*F. L. Kraemer & Co.* v. *United States.* [Not published.] Motion by plaintiff.
**Reap. Dec. 8968.**——*Elliot Import Corp.* v. *United States.* Entered at New York, N. Y. [Not published.] Motion by plaintiff.

(Reap. Dec. 8969)

F. W. WOOLWORTH CO. *v.* UNITED STATES

Entry No. 4344, etc.

(Decided August 22, 1957)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement enumerated in schedule "A," attached hereto and made a part hereof, relate to certain glass Christmas tree ornaments exported from the Western Zone of Germany, directly or indirectly, by Lauscher Glasindustrie or Siegfried Heinkelein and entered at New Orleans, La.

The cases have been submitted on a written stipulation, showing export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for appraisement of the articles in question, and